**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 11-7120**

―――――――――

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

      v.

LIVINSON BRUMAIRE,

            Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the District of South Carolina, at Florence.  C. Weston Houck, Senior District Judge.  (4:03-cr-00474-CWH-8)

―――――――――

Submitted:  December 15, 2011      Decided:  December 20, 2011

―――――――――

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Livinson Brumaire, Appellant Pro Se.  Alfred William Walker Bethea, Jr., Assistant United States Attorney, Florence, South Carolina, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Livinson Brumaire appeals the district court's order denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Brumaire</u>, No. 4:03-cr-00474-CWH-8 (D.S.C. July 29, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2